**No. 10-8173. Melvin Kross, Petitioner v. Patrick Griffin, Superintendent, Southport Correctional Facility.**

562 U.S. 1250, 131 S. Ct. 1516, 179 L. Ed. 2d 362, 2011 U.S. LEXIS 1307.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 403 Fed. Appx. 533.

**No. 10-8275. Mi Kyung Kim, Petitioner v. United States.**

562 U.S. 1251, 131 S. Ct. 1525, 179 L. Ed. 2d 362, 2011 U.S. LEXIS 1172.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 390 Fed. Appx. 675.

**No. 10-8295. Euphrem Dohou, Petitioner v. United States.**

562 U.S. 1251, 131 S. Ct. 1528, 179 L. Ed. 2d 362, 2011 U.S. LEXIS 1283.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 382 Fed. Appx. 32.